AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA

V.

SANTINO HALL

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2004 M 0476 RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ____March 1, 2002____ in ____Suffolk____ county, in the _____ District of ____Massachusetts____ defendant(s) did, (Track Statutory Language of Offense) willfully and knowingly make a false statement in an application for a passport with intent to induce or secure the issuance of a passport, either for his own use or the use of another, contrary to the law regulating the issuance of passports or the rules prescribed pursuant to such laws

in violation of Title ____18____ United States Code, Section(s) ____1542____.

I further state that I am a(n) ____DSS Special Agent____ and that this complaint is based on the following
                                    Official Title
facts:

See attached affidavit of Nicholas C. Porter.

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

01-30-2004  at 4:38 pm               at         Boston, Massachusetts
Date                                                City and State

ROBERT B. COLLINGS
United States Magistrate Judge              _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT OF NICHOLAS C. PORTER

I, Nicholas C. Porter, having been duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the United States Department of State, Diplomatic Security Service ("DSS"), and have been so employed since April 2002. As part of my official duties, I am assigned to investigate cases involving individuals who are alleged to have falsely or fraudulently submitted an application for a United States passport.

2. I submit this affidavit in support of a criminal complaint against SANTINO HALL ("HALL"), date of birth February 10, 1974, for false statement in application for a passport in violation of 18 U.S.C. § 1542.

3. The information in this affidavit is based upon my own investigation, information provided by the Boston Police Department and other law enforcement officials, and my conversations with various individuals as set forth below. In submitting this affidavit, I have not included each and every fact known to me about the investigation, but only those facts which I believe are sufficient to establish the requisite probable cause.

4. On March 1, 2002, an individual identifying himself as Ernest Duane Welch (herein after "SUBJECT") executed, swore to the veracity of, and signed a DS-11, also known as an Application for United States Passport (hereinafter "DS-11") at the

Dorchester, Massachusetts, United States Post Office. On the DS-11, SUBJECT claimed his social security number was 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 and that his name was Ernest Duane Welch, born on November 6, 1982 in Boston, Massachusetts. Subject listed his parents as Eula Ligon and Norris Welch. As proof of his citizenship, SUBJECT presented a State of Massachusetts Certificate of Birth in the name Ernest Duane Welch. Subject also presented a state of Massachusetts temporary identification card in the name Ernest D. Welch.

5. SUBJECT signed the above-mentioned DS-11 in the presence of the authorized passport acceptance clerk, attesting that all of the information was true. SUBJECT also submitted, as required to complete the DS-11, two copies of a photograph of himself. One copy of the photograph was attached to the DS-11 at the time of its submission.

6. On March 22, 2002, the Boston Passport Agency sent correspondence to Eula Ligon Welch, the mother of Ernest Duane Welch, asking her to confirm the identity of the person pictured on the photograph attached to the DS-11. Kymberli D. Welch, the sister of the true Ernest Welch, responded by sending a letter stating that the person pictured is not her brother Ernest Welch.

7. On August 25, 2003, the affiant went to the last known address listed for SUBJECT. Someone at that address identified the photograph attached to the aforementioned DS-11 as that of

HALL.

8. A search of computer databases revealed that HALL has an arrest history with the Boston Police Department ("BPD"). Affiant has compared the BPD arrest photographs of HALL to the picture attached to the DS-11. Both pictures appear to be of HALL.

9. On October 1, 2003, the affiant spoke with Dorchester District Court Probation Officer Sharon Stevens, the probation officer assigned to supervise HALL. Probation Officer Stevens identified the person pictured on the DS-11 photograph as HALL.

10. On October 9, 2003, the affiant spoke with Debra Hollaway, the passport acceptance clerk who processed the DS-11. Hollaway stated that she reviews every passport application and makes sure that the person submitting the application is the person whose picture is attached to it.

11. On January 30, 2004, affiant spoke with the real Ernest Welch. Welch stated that he knows HALL, and that the picture attached to the DS-11 is that of HALL and not Welch. Welch also stated that he did not submit the above-described DS-11.

16. Based on the foregoing, I have probable cause to believe that on March 1, 2002, SANTINO HALL, using the identity of Ernest Duane Welch, willfully and knowingly made false statements in an application for a United States passport, with intent to induce or secure the issuance of the passport under the

authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws, in violation of Title 18, United States Code § 1542.

　　　　　　　　　　　　　　　／s／  
　　　　　　　　　　　　　NICHOLAS C. PORTER  
　　　　　　　　　　　　　Special Agent  
　　　　　　　　　　　　　United States Department of State  
　　　　　　　　　　　　　Diplomatic Security Service


Subscribed and sworn to before me this 30th day of January 2004.

　　　　　　　　　　　　　／s／  
　　　　　　　　　　　　　Robert B. Collings  
　　　　　　　　　　　　　United States Magistrate Judge

4