MAGISTRATE JUDGE Collings

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )<br>)<br>SANTINO HALL              ) | CRIMINAL NO. 04-10028-RCL<br><br>VIOLATIONS:<br><br>18 U.S.C. § 1542<br>Passport Application Fraud |

INDICTMENT

COUNT ONE:    (18 U.S.C. § 1542 - Passport Application Fraud)

The Grand Jury charges that:

On or about March 1, 2003, at Dorchester, in the District of Massachusetts,

**SANTINO HALL**

defendant herein, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that he was Ernest Duane Welch which statement he knew to be false.

All in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

/s/ _____
FOREPERSON OF GRAND JURY

/s/ _____
Seth P. Berman
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, February 4, 2004.

Returned into the District Court by the Grand Jurors and filed.

/s/ _____
Deputy Clerk

3:06P