# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

v.     **APPEARANCE**

SANTINO HALL,

    Defendant.     Case Number:  04-10028-RCL

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for    the United States of America.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 21, 2007 | /s/Antoinette E.M. Leoney, Assistant U.S. Attorney |
| Date | Signature |

Antoinette E.M. Leoney

Print Name                                                                 Bar Number

U.S. Attorney's Office, 1 Courthouse Way, Ste 9200

Address

| Boston | MA | 02210 |
|---|---|---|
| City | State | Zip Code |

(617) 748-3103     (617) 748-3951

Phone Number                                                            Fax Number