AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

**APPEARANCE**

USA
v
Santino Hall

Case    02-CR-10315

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**I certify that I am admitted to practice in this court.**

3-22-07
Date

Signature

Print Name: HAROLD H. HAKALA    Bar Number: 216940

Address: 15 Court Sq

City: Boston    State/Zip Code: 02108

Phone Number: 617-742-7040    Fax Number: 742-8636

E-mail: hhakala @ hotmail dot com

UNITED STATES DISTRICT COURT
OF MASS.

DATE 3/22/07
N. Rwse
Deputy Clerk