# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                CRIMINAL NO. 2004-10028-RCL

SANTINO HALL,
        Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

2/4/2007- Indictment returned.

3/19/2007 - Initial Appearance

3/19-22/2007 - Gov't's Motion for Detention - filing to resolution.

3/22/2007- Arraignment

3/23 - 4/19/2007 - Excluded as per L.R. 112.2(A)(2)

5/7/2007- Conference held.

5/7 - 6/7/2007 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of June 7, 2007, SEVENTEEN (17) non-excludable days will have occurred leaving FIFTY-THREE (53) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

May 7, 2007.