# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                 CRIMINAL NO. 2004-10028-RCL

SANTINO HALL,
      Defendant.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on May 7, 2007; counsel for the defendant was present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    No.

(2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than twenty-one (21) working days before trial;* the defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed.

R. Crim. P., *not less than fourteen (14) working days before trial.*

(3)  No..

(4)  Any non-discovery type motions shall be filed *on or before the close of business on Thursday, June 7, 2007;* the Government shall file its response/opposition within the time provided in the Local Rules.

(5)  *See* Order of Excludable Delay entered this date.

(6)  It is too early to determine whether a trial will be necessary; a trial would last five (5) trial days.

(7)  The Final Status Conference is set for *Monday, June 18, 2007 at 4:30 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)  *See* ¶¶ (1)-(4), *supra*.

(2)  It does not.

(3)  None.

(4)  *See* Order of Excludable Delay entered this date.

(5)  Not applicable.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

May 7, 2007.