UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| United States of America ) | |
|     Plaintiff ) | |
| v. ) | Criminal No. 04-10028-RCL |
| Santino Hall ) | |
|     Defendant ) | |

## ORDER FOR SANCTIONS

Harold H. Hakala, Esquire, counsel for the defendant, is hereby ordered and directed to pay to the clerk of this court, on or before November 5, 2007, 300, as a sanction in connection with his failure to appear at the sentencing scheduled for October 29, 2007 in this case, and for failure to notify the court as to why he was not able to attend.

    /s/ REGINALD C. LINDSAY

    United States District Judge

DATED:    October 30, 2007