UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10028-RCL |
| v. ) | |
| ) | |
| SANTINO HALL, ) | |
| ) | |
| Defendant. ) | |

## DISMISSAL OF INDICTMENT

The United States of America, by Assistant U.S. Attorney Antoinette E.M. Leoney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the Indictment against Santino Hall. As grounds for the instant dismissal, the undersigned states that the defendant pleaded guilty to and has been sentenced on a Superseding Indictment filed in this case, and further prosecution of the within Indictment would not be in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
MICHAEL K. LOUCKS
Acting United States Attorney
LAURA KAPLAN
Section Chief, Organized
 & Violent Crime Section

Leave To File Granted:

_____
Reginald C. Lindsay
United States District Judge

Date: _____

CERTIFICATE OF SERVICE

Suffolk, ss.                              Boston, Massachusetts
                                          November 13, 2007

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have served by first class mail a copy of the foregoing to counsel for the Defendant, Harold Hakala, Esq., 15 Court Square, Boston, MA 02108.

                                        /s/Antoinette E.M. Leoney
                                        ANTOINETTE E.M. LEONEY